UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT W. JOHNSON,

           Plaintiff,

   v.

FACEBOOK, *et al.*,

           Defendants.

CASE NO. 3:23-cv-05788-TMC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Grady J. Leupold. The Court, having considered the R&R and the remaining record, and no objections having been filed, does hereby find and **ORDER** as follows:

(1)    The R&R is **ADOPTED**.

(2)    Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. 4) is **DENIED** and the case is **DISMISSED without prejudice** for failure to state a claim; and

(3)    The Clerk shall enter **JUDGMENT** and close this case.

**DATED** this 20th day of October, 2023.

Tiffany M. Cartwright
United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1